**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMY SIMEONA MALO,<br><br>             Plaintiff,<br><br>      vs.<br><br>MR. HERNANDEZ et al.,<br><br>             Defendants. | Case No. EDCV 13-1781-SJO (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

   The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of the U.S. Magistrate Judge.  See 28 U.S.C. § 636.  No objections to the Report and Recommendation have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

   IT THEREFORE IS ORDERED that Defendants' motion to dismiss is GRANTED and this action is DISMISSED WITH PREJUDICE.

DATED: December 18, 2014.

_____
S. JAMES OTERO
U.S. DISTRICT JUDGE