**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMY SIMEONA MALO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MR. HERNANDEZ et al.,<br><br>　　　　Defendants. | ) Case No. EDCV 13-1781-SJO (JPR)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

　　　　December 18, 2014.

DATED: _____　　　_____
　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE